IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **Sonya Esedebe, et al,** | |
| Plaintiffs, | |
| v. | Case No. 3:20-cv-00008-HEH |
| **Circle 2, Inc. d/b/a Daddy Rabbits, et al,** | |
| Defendants. | |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

Plaintiffs Sonya Esedebe, Tarajah Ford, Antoinette Mapp, Sandra Robinson, Chelsey Slade, Ivy Stewart, Sophia Taylor, Whitney Taylor, Jacqueline Campbell, Aidan George, Latrease Lovelace, Toni Klee, Tien Phung, Molly Mason, Sedamony Ngin, Cierra Artis, Victoria Messick, Jessica Guice, Ellington Braun, Kiara Iverakhan, Gabrielle Fortin, Maria Londono, Avia Stevens, and Irena Schunn ("Plaintiffs") and Defendants Circle 2, Inc. d/b/a Daddy Rabbits; LVP, Inc. d/b/a Candy Bar; BTF3, LLC d/b/a Paper Moon; Imaginary Images, Inc. d/b/a Paper Moon; M.G.B., Inc. d/b/a Pure Pleasure Club; Arkesia, Inc. d/b/a Club Rouge; Piccadilly Grill & Buffet, Inc. d/b/a Baby Dolls Club; Pyliaris Corporation, d/b/a Strickly Business Transportation also d/b/a Mid-Atlantic Showclubs and also d/b/a Kiss My Grits Café; and William Pyliaris (collectively "Defendants") (collectively "Parties") jointly move the Court for an order approving the agreements between the parties to resolve this case and dismissing Plaintiffs' Complaint with prejudice.

1

Dated:  July 19, 2021                                             Respectfully submitted,

**Sonya Esedebe, et al.,**                                        **Circle 2, Inc. d/b/a Daddy Rabbits et al.,**

By:      /s/  (with permission)                                   By:                       /s/
Craig Juraj Curwood (VSB No. 43975)                               Thomas M. Lucas (VSB No. 27274)
Zev Antell, Esq. (VSB No. 74634)                                  Milena Radovic, Esq. (VSB No. 91000)
Butler Curwood, PLC                                               Jackson Lewis, PC
140 Virginia Street, Ste. 302                                     500 E. Main Street, Suite 800
Richmond, Virginia 23219                                          Norfolk, Virginia 23510
Tel: 804-648-4848                                                 Telephone:     (757) 648-1445
Fax: 804-237-0413                                                 Facsimile:     (757) 648-1418
craig@butlercurwood.com                                           E-mail:
zev@butlercurwood.com                                                    thomas.lucas@jacksonlewis.com
                                                                         milena.radovic@jacksonlewis.com
                                                                  *Counsel for Defendants*
Justin P. Keating (VSB No. 75880)
Rodney W. Harrell (VSB No. 92274)
BEINS, AXELROD,P.C.
1717 K Street, N.W., Suite 1120
Washington, D.C. 20006
Telephone: (202) 595-1941
jkeating@beinsaxelrod.com
harrellr@yahoo.com
*Counsel for Plaintiffs*