IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SONYA ESEDEBE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Civil Action No. 3:20-cv-8–HEH |
| ) | |
| CIRCLE 2, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### FINAL ORDER
(Granting Joint Motion for Approval of Settlement Agreement
and Dismissal with Prejudice)

THIS MATTER is before the Court on the parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Plaintiffs' Complaint with Prejudice. (ECF No. 111.) Upon consideration of the Parties' Motion and having held an approval hearing on August 5, 2021, it is hereby ORDERED that the Motion is GRANTED and that the Parties' Settlement Agreement and Release is APPROVED as fair and adequate. This action is DISMISSED WITH PREJUDICE, except that this Court retains jurisdiction to enforce the terms of the Settlement Agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

                                                                       /s/
                                                 Henry E. Hudson
                                                 Senior United States District Judge

Date: August 5, 2021
Richmond, Virginia